UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JUAN VILLAFANE MARTINEZ,

        Petitioner,        Case No. 1:11-cv-109

v.        Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:  May 3, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge